UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON MORRIS DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARIA FRANCO,<br><br>　　　　　Respondent. | Case No. CV 12-2853 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

///

///

1    In the Objections, petitioner claims that he is entitled to equitable tolling for
2 the 140-day period of January 22, 2010 to June 10, 2010, *i.e.*, the period between
3 the denial of the Fourth State Petition and the filing of the Fifth State Petition,
4 because such period "just happens to coincide with the period of time when
5 Petitioner had the least amount of access to the law library at [his] prison."
6 (Objections at 3).  Petitioner attests that the law library at his facility was "closed
7 most of the time [in 2009 and 2010]." (Objections at 4).  Even accepting
8 petitioner's factual allegations (as opposed to his suggested inferences and legal
9 conclusions) as true, petitioner is not entitled to equitable tolling for the period in
10 issue because such facts, even if accepted as true, fail to demonstrate that the lack
11 of access to the law library proximately caused him to fail to file a timely federal
12 Petition.  As noted in the Report and Recommendation, during 2009 and 2010 – a
13 period during which petitioner assertedly also had only limited access to the law
14 library, he filed the Third State Petition, the Fourth State Petition, the Fifth State
15 Petition and the Fifth Petition Supplement.  As such petitions collectively raised
16 the same claims petitioner makes in the pending federal Petition and were filed
17 well before the federal statute of limitations expired, petitioner's asserted lack of
18 access to the law library between January 22, 2010 and June 10, 2010, did not
19 proximately cause him to file an untimely federal Petition.  Accordingly, even
20 assuming petitioner had no access to the law library between January 22, 2010 and
21 June 10, 2010, he would not be entitled to equitable tolling for such period of time.
22    IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is
23 granted and that Judgment be entered dismissing the Petition with prejudice as
24 time-barred.
25 ///
26 ///
27 ///
28

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 3/4/13 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE