UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOLOMON MORRIS DAVIS, | ) | Case No. CV 12-2853 DSF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARIA FRANCO, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: 3/4/13

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE